

# United States District Court
# Eastern District of California

| Munger Bros. LLC | Case Number: 1:24-cv-01135-KES-HBK |
|---|---|
| Plaintiff(s) | |
| V. | |
| Nutrien Ag Solutions, Inc., et al. | APPLICATION FOR PRO HAC VICE AND PROPOSED ORDER |
| Defendant(s) | |

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California, Benjamin Schwartzman hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties: Nutrien Ag Solutions, Inc. and Garrett Neece

On 04/25/2002 (date), I was admitted to practice and presently in good standing in the Supreme Court of Idaho (court). A certificate of good standing from that court is submitted in conjunction with this application. I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

[ ] I have / [✓] I have not concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

Date: 11/19/2024        Signature of Applicant: /s/ Benjamin Schwartzman

**Pro Hac Vice Attorney**

| | |
|---|---|
| Applicant's Name: | Benjamin Schwartzman |
| Law Firm Name: | Bailey & Glasser LLP |
| Address: | 950 W Bannock Street |
| | Suite 940 |
| City: | Boise    State: ID    Zip: 83702 |
| Phone Number w/Area Code: | (208) 342-4411 |
| City and State of Residence: | Boise, ID |
| Primary E-mail Address: | bschwartzman@baileyglasser.com |
| Secondary E-mail Address: | jminer@baileyglasser.com |

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

| | |
|---|---|
| Local Counsel's Name: | Joshua Kastan |
| Law Firm Name: | DKM Law Group, LLP |
| Address: | 50 California Street |
| | Suite 1500 |
| City: | San Francisco    State: CA    Zip: 94111 |
| Phone Number w/Area Code: | (415) 226-7400    Bar #: 284767 |

## ORDER

The Pro Hac Vice Application (Doc. No. 19) is APPROVED. The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: 11/21/2024

*[Signature]*
U.S. MAGISTRATE JUDGE